BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

   160 Spear Street, Ste. 800
   San Francisco, CA 94105
   Telephone: (415) 977-8938
   Facsimile: (415) 744-0134
   Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERAIDE TALINGO CORIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____ | No. 1:13-CV-01643-SAB<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

    The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to file a Cross-Motion for Summary Judgment from July 8, 2014 to August 8, 2014. This stipulation is necessary because counsel for Defendant will be out of the office on leave for two weeks and needs additional time to review this case and draft a

responsive pleading.  The parties request this extension in good faith, with no intent to prolong proceedings unduly.  Counsel for Defendant apologizes for any inconvenience caused by this delay.

Dated: June 23, 2014                    */s/ Brian Shapiro*
                                        BRIAN SHAPIRO
                                        Attorney for Plaintiff

Dated: June 23, 2014                    BENJAMIN B. WAGNER
                                        United States Attorney
                                        THEOPHOUS H. REAGANS


                            By:         */s/ Theophous H. Reagans*
                                        THEOPHOUS H. REAGANS
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant


### **ORDER**

The Court finds good cause to approve the stipulation to extend the scheduling order in this action.  Accordingly, it is HEREBY ORDERED that Defendants' responsive pleading shall be file on or before August 8, 2014.  Plaintiff's reply shall be filed on or before August 25, 2014.

IT IS SO ORDERED.

   Dated:   **June 23, 2014**                    _____
                                                 UNITED STATES MAGISTRATE JUDGE